## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHSUETTS

THOMAS SWARTZ,

    Plaintiff,

v.

NORMAN SYLVESTER, in his individual capacity.

    Defendant.

C.A. No. 1:18-cv-12577

### NOTICE OF APPEARANCE

Please enter the appearance of Andrea Haas, Esq. of the Law Office of Joseph L. Sulman, Esq. as co-counsel for the Plaintiff in this matter.

Respectfully submitted,
PLAINTIFF THOMAS SWARTZ,
By his attorneys,

/s/ Andrea L. Haas
Joseph L. Sulman, BBO #663635
Andrea L. Haas, BBO # 671844
Law Office of Joseph L. Sulman, Esq.
391 Totten Pond, Suite 402
Waltham, MA 02451
(617) 521-8600
jsulman@sulmanlaw.com
ahaas@sulmanlaw.com

December 14, 2018

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Andrea Haas

Andrea Haas