UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS SWARTZ,<br><br>    Plaintiff,<br><br>v.<br><br>NORMAN SYLVESTER, in his individual capacity,<br><br>    Defendant. | C.A. NO. 1:18-CV-12577-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Gareth W. Notis, as attorney for Defendant, Norman Sylvester.

Respectfully submitted,
The Defendant,
**NORMAN SYLVESTER,**

By His Attorneys,

/s/ *Gareth W. Notis*
Gareth W. Notis, BBO #637814
gnotis@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:       617-342-4821

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 15, 2019

/s/ *Gareth W. Notis*